# In the United States Court of Federal Claims

Consolidated Case Nos. 17-449, 17-499, 17-493, 17-517, 17-578, 17-558, 17-633
Filed: November 20, 2017

```
*************************************
CONTINENTAL SERVICE            *
GROUP, INC., PIONEER CREDIT     *
RECOVERY, INC., ACCOUNT         *
CONTROL TECHNOLOGY, INC.        *
PROGRESSIVE FINANCIAL           *
SERVICES, INC., VAN RU CREDIT   *
CORPORATION, COLLECTION         *
TECHNOLOGY, INC. ALLTRAN        *
EDUCATION, INC.,                *
        Plaintiffs,             *
                                *
and                             *
                                *
COLLECTION TECHNOLOGY, INC.,    *
PROGRESSIVE FINANCIAL SERVICES, *
INC., ALLTRAN EDUCATION, INC.,  *
PERFORMANT RECOVERY, INC.,      *
VAN RU CREDIT CORPORATION, and  *
ALLIED INTERSTATE LLC,          *
        Intervenor-Plaintiffs,  *
v.                              *
                                *
THE UNITED STATES,              *
        Defendant,              *
                                *
and                             *
                                *
CBE GROUP, INC., PREMIERE       *
CREDIT OF NORTH AMERICA, LLC,   *
GC SERVICES LIMITED PARTNERSHIP,*
VALUE RECOVERY HOLDINGS, LLC,   *
WINDHAM PROFESSIONALS, INC.,    *
AUTOMATED COLLECTION            *
SERVICES, INC., FMS INVESTMENT  *
CORP., TEXAS GUARANTEED         *
STUDENT LOAN CORP., ALLTRAN     *
EDUCATION, INC.                 *
        Intervenor-Defendants.  *
                                *
*************************************
```

**TRANSFER ORDER**

For the efficient administration of justice, the Clerk of Court is directed to transfer the above-captioned cases to the Honorable Thomas C. Wheeler, pursuant to Rule of the United States Court of Federal Claims 40.1(b).

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**